FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| DALE WILLIAM SCHWETTMANN, III, | No.  1:23-CV-3059-ACE |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |
| v. | **ECF No. 6** |
| UNKNOWN, |  |
| Defendant. |  |

**BEFORE THE COURT** is Plaintiff's motion for the dismissal of this action.  ECF No. 6.  Plaintiff is appearing *pro se*.  No defendants have appeared or been served in this matter.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.     Plaintiff's motion to voluntarily dismiss this case, **ECF No. 6**, is **GRANTED**.

2.     Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED May 15, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS - 1